174 A.3d 521

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SHIRLENE FOAT-LEITH, DEFENDANT-
PETITIONER.

C–162 September Term 2017
079350

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004790–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 521

GINO S. RAMUNDO, PLAINTIFF-PETITIONER, v.
RITA RAMUNDO, N/K/A RITA FORCELLATI,
DEFENDANT-RESPONDENT.

C–171 September Term 2017
079349

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004729–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.